# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

ROBIN M. LEE, et al.,

       Plaintiffs,

v.

TELECHECK CORP.,

       Defendant.

2:12-CV-705 JCM (GWF)

**ORDER**

Presently before the court is plaintiff Robin M. Lee's motion for a default judgment. Doc. 14. Defendant TeleCheck Corporation has not yet filed an opposition.

On June 12, 2012, this court issued an order granting TeleCheck's motion to dismiss. The clerk entered judgment in favor of TeleCheck and against Lee the same day. Accordingly, the instant motion is without merit.

Therefore,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that plaintiff's motion for default judgment (doc. #14) be, and the same hereby is, DENIED.

DATED June 26, 2012.

                                                      */s/ James C. Mahan*
                                                      UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**